# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

136914 & (17)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

NIKO SHONTA SIMMONS,
        Defendant-Appellant.

SC: 136914
COA: 285409
Wayne CC: 07-008248-01

_____/

On order of the Court, the application for leave to appeal the June 6, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for miscellaneous relief is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

Clerk